1196

No. 94–7759.  JEFFERY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 94–7761.  JEFFERSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–7762.  MCMANUS v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 94–7763.  JACKSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–7766.  MORRELL ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–7767.  LOWERY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–7769.  JEFFRIES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–7771.  MCCRAY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–7772.  LONGSTREET v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 94–7773.  MCQUEEN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–7775.  MCNAIR v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 94–7780.  ESPINOZA-PADILLA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–7781.  HUFF v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–7783.  OGUNGBE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–7784.  ROGERS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–7792.  CALVERLEY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.